## 1

Jack BENFORD v. STATE. (No. 9864.)
(Court of Criminal Appeals of Texas. Jan. 13, 1926.) Appeal from District Court, Kaufman County; Joel R. Bond, Judge. Bumpass & Wade, of Terrell, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J. Appellant is under conviction for the theft of an automobile, the punishment being two years in the penitentiary. Under his affidavit appellant has filed in this court a request to withdraw his appeal. Complying therewith, the appeal is ordered dismissed.

## 2

Roy BICKLE v. STATE. (No. 9937.)
(Court of Criminal Appeals of Texas. Jan. 13, 1926.) Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. G. L. Perkinson, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

LATTIMORE, J. Appellant was convicted in criminal district court No. 2 of Dallas county of robbery, and his punishment fixed at ten years in the penitentiary. The record is before us without statement of facts or bill of exceptions. The indictment correctly charges the offense and is followed by the charge of the court. No error appearing, the judgment will be affirmed.

## 3

Falston BROWN v. STATE. (No. 9938.)
(Court of Criminal Appeals of Texas. Dec. 23, 1925.) Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. W. H. Adkins, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat. Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of two years. The indictment appears regular. The record is before us without bills of exception or statement of facts. No error has been perceived or pointed out. The judgment is affirmed.

## 4

Frank COLLIER v. STATE. (No. 9596.)
(Court of Criminal Appeals of Texas. Jan. 13, 1926.) Appeal from District Court, Wichita County; P. A. Martin, Judge. Weeks, Morrow & Francis and Davenport, Cummings & Crain, all of Wichita Falls, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

LATTIMORE, J. Appellant was given three years in the district court of Wichita county for manslaughter, and appeals. Three issues were raised on the trial, as shown by this record, viz. murder, manslaughter, and suspended sentence. The verdict of the jury eliminated the issue of murder. Most of the special charges and a great number of the bills of exception relate to matters which become of no materiality, in view of the fact that by the verdict of the jury the question of murder passed out. We have examined those charges and bills relating to other phases of the case, but find no error in any of them; nor do we find any contention made on behalf of appellant deemed by us to require discussion. No briefs are on file for appellant. The facts of the case need not be set out at length. They show a homicide for which there could arise no seeming justification, but whose circumstances a merciful jury have accepted as reducing the grade of offense from murder to manslaughter. The facts are amply sufficient to support the conclusion of the jury. Finding no error in the record, the judgment will be affirmed.

## 5

Jesse COLLINS v. STATE. (No. 9599.)
(Court of Criminal Appeals of Texas. Dec. 9, 1925.) Appeal from Criminal District Court, Travis County; James R. Hamilton, Judge. Shelton & Shelton, of Austin, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of misdemeanor theft and given a penalty of 10 months and 15 days in the county jail. The record is before us without statement of facts or bills of exception. Appellant was on trial for a felony, but under the evidence the court correctly submitted the issue of misdemeanor theft, of which the accused was convicted. No error appearing in the record, the judgment will be affirmed.

## 6

C. E. GLENNY v. STATE. (No. 9933.)
(Court of Criminal Appeals of Texas. Dec. 2, 1925.) Appeal from District Court, Clay County; Vincent Stine, Judge. See, also, 272 S. W. 458. J. P. Williams, of Wichita Falls, and Frank Holaday, of Henrietta, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

MORROW, P. J. The conviction is for murder; punishment fixed at confinement in the penitentiary for a period of 10 years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## 7

J. J. GORMAN v. STATE. (No. 9385.)
(Court of Criminal Appeals of Texas. Dec. 9, 1925.) Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge. McVey & Ginn, of Houston, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J. Conviction is for false swearing, with punishment assessed at five years in the penitentiary. For the purpose of inducing T. B. Hinkle to indorse his note for $300, appellant executed a deed of trust for the benefit of Hinkle upon section 17, block 34, Texas & Pacific Railroad survey of land supposed to be